No. 77–1482. Autohaus Brugger, Inc. *v.* Saab Motors, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 77–1494. Hinckley Plastic, Inc. *v.* Reed-Prentice Division Package Machinery Co. et al. Sup. Ct. Ill. Certiorari denied.

No. 77–1496. Houser, dba Houser Automotive *v.* District No. 9, International Association of Machinists & Aerospace Workers et al. C. A. 7th Cir. Certiorari denied.

No. 77–1522. Alexander et al. *v.* Aero Lodge No. 735, International Association of Machinists & Aerospace Workers, AFL–CIO, et al. C. A. 6th Cir. Certiorari denied.

No. 77–1564. Southpark Square, Ltd. *v.* City of Jackson, Mississippi, et al. C. A. 5th Cir. Certiorari denied.

No. 77–1596. Garmon et al. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 77–1605. Eisenberg *v.* Board of Wisconsin State Bar Commissioners. Sup. Ct. Wis. Certiorari denied.

No. 77–5252. Ridgeway *v.* United States. C. A. 6th Cir.

No. 77–5582. Randall *v.* United States. C. A. D. C. Cir. Certiorari denied.

No. 77–5590. Cumberbatch *v.* United States. C. A. 2d Cir. Certiorari denied.